UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT BRYAN,**

                      **Plaintiff(s),**

vs.

**WAYNE DISPOSAL, INC.,**

                      **Defendant(s).**
_____/

CASE NO. 02-74921

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                          s/ DENISE PAGE HOOD
                                          DENISE PAGE HOOD
                                          UNITED STATES DISTRICT JUDGE

Dated: September 28, 2007

      I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2007, by electronic and/or ordinary mail.

                                          S/William F. Lewis
                                          Case Manager